[No. 5609-1. Division One. August 14, 1978.]

THE STATE OF WASHINGTON, *Respondent,* v. ROBERT EARL JOHNSON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 80133, Frank D. Howard, J., entered May 10, 1977. *Affirmed* by unpublished opinion per Callow, J., concurred in by Farris, C.J., and Ringold, J.

[No. 5729-1. Division One. August 14, 1978.]

THE STATE OF WASHINGTON, *Respondent,* v. KEITH BYRON WHEELER, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 80343, William C. Goodloe, J., entered June 17, 1977. *Affirmed* by unpublished opinion per Dore, J., concurred in by Callow and Andersen, JJ.

[No. 5779-1. Division One. August 14, 1978.]

THE STATE OF WASHINGTON, *Respondent,* v. PAUL DAVID CONLEY, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 80505, Carolyn R. Dimmick, J., entered June 16, 1977. *Dismissed* by unpublished per curiam opinion.